738 A.2d 962

IN THE MATTER OF THOMAS J. SCHIAVO,
AN ATTORNEY AT LAW.

October 28, 1999.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of **THOMAS J. SCHIAVO** of **LEDGEWOOD,** who was admitted to the bar of this State in 1979, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **THOMAS J. SCHIAVO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **THOMAS J. SCHIAVO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **THOMAS J. SCHIAVO** comply with *Rule* 1:20–20 dealing with suspended attorneys.